1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br><br>               Plaintiff,<br><br>    v.<br><br>COMMUNITY ACTION COUNCIL OF LEWIS, MASON, AND THURSTON COUNTIES, a Washington non-profit corporation, and THURSTON COUNTY, a governmental entity and political subdivision,<br><br>               Defendants. | No.: 3:25-cv-05332-BAT<br><br>DEFENDANT THURSTON COUNTY'S ANSWER AND AFFIRMATIVE DEFENSES |

TO:        Clerk of the above-entitled Court

AND TO:    Westin T. McLean, Bullivant Houser Bailey, attorney for Plaintiff.

AND TO:    Community Action Council of Lewis, Mason and Thurston Counties, 3020 Willamette Dr NE, Lacey, WA 98516

## I.    **THE PARTIES**

1.1.    Thurston County is without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

1.2.    Thurston County is without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA 98502
PHONE: 360/786-5574    FAX: 360/709-3006

1.3.    Answering Paragraph 1.3 of Plaintiff's Complaint, upon information and belief, Thurston County admits the same.

## II.    JURISDICTION AND VENUE

2.1.    Thurston County admits that the amount in controversy exceeds $75,000, but lacks knowledge or information sufficient to admit diversity and therefore denies same.

2.2.    Paragraph 2.2 calls for a legal conclusion, to which an answer is not required, to the extent a response is required, Thurston County denies the same.

## III.    FACTS

3.1.    Thurston County incorporates by reference its answers to paragraphs 1.1 through 2.2.

3.2.    Paragraph 2.2 consists of Plaintiff's characterization of its own lawsuit, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

## A.    The Underlying Claim

3.3.    Thurston County admits that it sent the letter referenced in Paragraph 3.3, which requested payment of $251,835.49 by Community Action Counsel (hereinafter, "CAC"). To the extent that Paragraph 3.3 characterizes Plaintiff's lawsuit, no answer is required.

3.4.    Answering Paragraph 3.4 of Plaintiff's Complaint, upon information and belief, Thurston County admits the same.

3.5.    Answering Paragraph 3.5 of Plaintiff's Complaint, upon information and belief, Thurston County admits the same.

3.6.    Answering Paragraph 3.5 of Plaintiff's Complaint, upon information and belief, Thurston County admits the same.

3.7.    Thurston County denies that it suspended contracts with CAC on February 23, 2022. By way of further answer and clarification, the County submits that certain contracts with CAC were suspended on February 24, 2022. The County further denies that CAC subsequently terminated those contracts. By way of further answer and clarification, the County submits that CAC indicated on March 29, 2022, that it may later seek to terminate certain contracts, but on information and belief, the County did not subsequently receive notice of such a termination. By way of further Answer, the County admits that CAC has at times denied that fraud occurred.

3.8.    Answering Paragraph 3.8 of Plaintiff's Complaint, upon information and belief, Thurston County admits the same.

ANSWER AND AFFIRMATIVE DEFENSES - 2

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
PHONE: 360/786-5574    FAX:  360/709-3006

3.9.     Answering Paragraph 3.9 of Plaintiff's Complaint, upon information and belief, Thurston County admits the same.

3.10.     Answering Paragraph 3.10 of Plaintiff's Complaint, upon information and belief, Thurston County admits the same.

3.11.     Thurston County is without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same; to the extent that a response is required, Thurston County denies the same.

3.12.     Thurston County is without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same; to the extent that a response is required, Thurston County denies the same.

**B.     The Package Policies**

3.13.     Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.14.     Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.15.     Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.16.     Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.17.     Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.18.     Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
PHONE: 360/786-5574    FAX:  360/709-3006

3.19.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.20.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

**C.    The FPF Policy**

3.21.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.22.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.23.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.24.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.25.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.26.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.27.    Thurston County does not have a certified copy of the policies in question, and is therefore without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

**D.    PIIC agreed to defend CAC, but reserved its rights.**

3.28.    Thurston County is without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

ANSWER AND AFFIRMATIVE DEFENSES - 4

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
PHONE: 360/786-5574    FAX:  360/709-3006

3.29.    Thurston County is without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

3.30.    Thurston County is without knowledge or information sufficient to form a basis upon which to answer and therefore denies the same.

**IV.    <u>ACTUAL CASES AND CONTROVERTIES UNDER THE POLICIES</u>**

4.1.    Thurston County incorporates by reference its answers to Paragraphs 1.1 through 3.30.

4.2.    Paragraph 4.2 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.3.    Paragraph 4.3 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.4.    Paragraph 4.4 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.5.    Paragraph 4.5 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.6.    Paragraph 4.6 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.7.    Paragraph 4.7 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.8.    Paragraph 4.8 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.9.    Paragraph 4.9 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.10.    Paragraph 4.10 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.11.    Paragraph 4.11 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

4.12.    Paragraph 4.12 calls for a legal conclusion, to which an answer is not required; to the extent that a response is required, Thurston County denies the same.

//

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
PHONE: 360/786-5574    FAX:  360/709-3006

### V. CLAIM FOR DECLARATORY RELIEF

5.1.    Thurston County incorporates its answers to paragraphs 1.1 through 4.12.

5.2.    Answering Paragraph 5.2 of Plaintiff's Complaint, Thurston County denies the same.

### VI. PRAYER FOR RELIEF

6.1.    Answering Paragraph 6.1 of Plaintiff's Complaint, Thurston County denies the same.

6.2.    Answering Paragraph 6.2 of Plaintiff's Complaint, Thurston County denies the same.

6.3.    Answering Paragraph 6.3 of Plaintiff's Complaint, Thurston County denies the same.

### VII. AFFIRMATIVE DEFENSES

By way of FURTHER ANSWER and AFFIRMATIVE DEFENSES, without waiving any unasserted, the County alleges:

7.1.    **FIRST DEFENSE:** The Complaint fails to state a claim upon which relief can be granted.

7.2.    **SECOND DEFENSE:** The Complaint is barred by the doctrines of estoppel, laches, and/or waiver.

7.3.    **THIRD DEFENSE:** The Complaint is barred due to the absence of any legitimate controversy.

7.4.    **FOURTH DEFENSE:** There may be a lack of jurisdiction over the subject matter, lack of personal jurisdiction over this Defendant, and/or venue is improper.

7.5.    **FIFTH DEFENSE:** Plaintiff lacks standing to assert the claims or raise the issues in the Complaint.

7.6.    **SIXTH DEFENSE:** Upon information and belief, and in order to avoid a waiver of certain defenses, this Defendant states that the Complaint should be dismissed because diversity or jurisdiction does not exist between the proper party Plaintiff and Defendants.

**WHEREFORE**, Defendant Thurston County denies that Plaintiff is entitled to any of the relief it seeks, and respectfully requests:

1.    That this Court enter judgment in favor or Defendant Thurston County on all claims for declaratory judgment asserted in the Complaint, with all costs against Plaintiffs;

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
PHONE: 360/786-5574    FAX:  360/709-3006

2.      For a declaration by the Court that Plaintiff is obligated to provide coverage, indemnification, and a defense to the Insureds;

3.      That Defendant Thurston County have a trial by jury on any and all issues so triable; and

4.      For such other and further relief as it deems just and proper under the circumstances, including attorneys' fees and expenses of litigation.

Respectfully submitted this 29th day of July, 2025.

JON TUNHEIM
PROSECUTING ATTORNEY

SETH E. DICKEY, WSBA No. 47472
Deputy Prosecuting Attorney
Attorney for Thurston County
2000 Lakeridge Drive SW, Building No. 5
Olympia, WA 98502
Telephone: 360.786.5574
seth.dickey@co.thurston.wa.us

ANSWER AND AFFIRMATIVE DEFENSES - 7

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
PHONE: 360/786-5574    FAX:  360/709-3006

## CERTIFICATE OF SERVICE

1

2          I certify that I caused a copy of the foregoing document to be served on all parties or

3    their counsel of record as indicated below:

4    **Counsel for Plaintiffs:**
     Westin T. McLean                    ☒ Electronic Mail via PACER
5    BULLIVANT HOUSER BAILEY             ☐ US Mail, postage prepaid
     925 FOURTH AVE, STE 3800           ☐ Process Server
6    SEATTLE, WA 98104                  ☐ Service Waived
     Email: westin.mclean@bullivant.com

7
     **Defendant Community Action Council**
8    **of Lewis, Mason and Thurston**
     **Counties:**
9    Community Action Council of Lewis,   ☐ Electronic Mail
     Mason and Thurston Counties          ☒ US Certified Mail, postage prepaid
10   3020 Willamette Dr NE                ☐ Process Server
     Lacey, WA 98516                      ☐ Service Waived

11

12          I certify under penalty of perjury under the laws of the State of Washington that the foregoing

13   is true and correct.

14

15          DATED this 29th day of July 2025.

16

17          Erika Summers, Paralegal

18

19

20

21

22

23

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA  98502
PHONE: 360/786-5574    FAX:  360/709-3006