Case 3:25-cv-05332-TMC   Document 13   Filed 09/30/25   Page 1 of 3

THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY ACTION COUNCIL OF LEWIS, MASON AND THURSTON COUNTIES, a Washington non-profit corporation, and THURSTON COUNTY, a governmental entity and political subdivision,<br><br>Defendants. | No.: 3:25-cv-05332-TMC<br><br>STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

Pursuant to Fed R Civ P. 41(a)(1)(A)(ii), Plaintiff Philadelphia Indemnity Insurance Company, Defendant Community Action Council of Lewis, Mason and Thurston County, and Defendant Thurston County hereby stipulate and agree to dismiss this action and all claims asserted herein with prejudice and without costs or fees to any party.

IT IS SO STIPULATED.

//

//

//

STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE
NO.: 3:25-CV-05332-TMC

PAGE 1

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109

1  DATED: September 30, 2025

2  KENNEDYS CMK LLP                                KIRTON MCCONKIE

3

4  By */s/ Westin McLean*                          By */s/ Hayley K. Krug*
   Westin McLean, WSBA #46462                     Haley K. Krug, WSBA #39315
5     E-mail: westin.mclean@kennedyslaw.com           E-mail: hkrug@kmclaw.com

6  *Attorneys for Plaintiff Philadelphia Indemnity*   *Attorneys for Defendant Community Action*
  *Insurance Company*                              *Council of Lewis, Mason and Thurston*
7                                                   *Counties*

8  JON TUNHEIM THURSTON COUNTY
  PROSECUTING ATTORNEY
9

10

11  By */s/ Seth E. Dickey*
   Seth E. Dickey, WSBA #47472
12     E-mail: seth.dickey@co.thurston.wa.us

13  *Attorney for Defendant Thurston County*

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED DISMISSAL OF ALL CLAIMS WITH        PAGE 2          KENNEDYS CMK LLP
PREJUDICE                                                     1420 FIFTH AVENUE, STE 2200
NO.: 3:25-CV-05332-TMC                                             SEATTLE, WA 98101
                                                                    T: 564.224.9109

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on September 30, 2025, I caused to be served a true and correct copy of the foregoing document to be delivered on all counsel of record as indicated below:

| | |
|---|---|
| Haley K. Krug, WSBA# 39315<br>KIRTON MCCONKIE<br>1100 W. Idaho St., Ste 930<br>Boise, ID 83709<br>hkrug@kmclaw.com<br><br>*Attorney for Community Action Council of Lewis, Mason and Thurston Counties* | ☐ Hand Delivery<br>☐ U.S. Mail<br>☒ E-mail<br>☒ ECF filing system |
| Seth E. Dickey, WSBA #47472<br>JON TUNHEIM<br>Thurston County Prosecuting Attorney<br>Civil Division – Bldg. No. 5<br>2000 Lakeridge Dr. SW<br>Olympia, WA 98502<br>seth.dickey@co.thurston.wa.us<br><br>*Attorney for Thurston County* | ☐ Hand Delivery<br>☐ U.S. Mail<br>☒ E-mail<br>☒ ECF filing system |

DATED: September 30, 2025

/s/ Jessica Ganjaie
Jessica Ganjaie, Legal Assistant

STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE
NO.: 3:25-CV-05332-TMC

PAGE 3

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109